IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAWN CADE, JR., on behalf of himself
and other similarly situated                                    PLAINTIFF

v.                          No. 3:14-cv-239-DPM

PRITCHETT, INC. d/b/a Crossroads
Trucks Wash; and CONSTANCE PRITCHETT              DEFENDANTS

ORDER

The Court notes the parties' joint motion to dismiss, № 18. Before the Court can enter judgment, it must approve the parties' proposed agreement because this is a FLSA case. *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Brown v. L&P Industries, LLC*, No. 5:04-cv-379-JLH, № 47. Proposed agreement, and any billing records for attorney's fees, must be filed under seal by 29 June 2015. The Court will probably unseal the agreement in due course. *Delock v. Securitas Security Services USA, Inc.*, 4:11-cv-520-DPM, № 70 at 3–4. If the parties object to that, they should explain why.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2015