IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAWN CADE, JR., on Behalf of Himself
and Others Similarly Situated                                    PLAINTIFF

v.                      No. 3:14-cv-239-DPM

PRITCHETT, INC., d/b/a Crossroads Trucks Wash;
and CONSTANCE PRITCHETT                                         DEFENDANTS

ORDER

1. At the parties' joint request, the Court has reconsidered the settlement-approval issue. The Court appreciates the parties calling attention to the thoughtful opinion and order in *Schneider v. Habitat for Humanity International Inc.*, 2015 WL 500835 (W.D. Ark. 5 February 2015). Judge Brooks's reading of the cases is impeccable. But in the absence of clear direction from the Court of Appeals, this Court will follow the considered dictum in *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108, 113 & n.8 (1946). "This is the sort of message that, whether or not technically dictum, [a district court] must respect, given the Supreme Court's entitlement to speak through its opinions as well as through its technical holdings." *United States v. Skoien*, 614 F.3d 638,

641 (7th Cir. 2010) (*en banc*) (Easterbrook, C.J.). At the settlement stage, these cases present an unstable mixture of interests. The *Schneider* criteria address the circumstances in part. But daylight and a disinterested look better insure that the statute's purpose is not frustrated. After reconsideration, this Court reaffirms its earlier Order requiring judicial approval of the parties' proposed compromise.

**2.** The parties' proposed settlements are fair and reasonable. № 22. The fee component is modest and supported by contemporaneous time records. № 26. The settlements are approved except for the confidentiality provision. The Court will unseal the settlement agreements, and enter Judgment dismissing the case, unless a party files notice by 29 July 2015 that the lack of confidentiality is a deal breaker. If so, the case will move forward for resolution on the merits. Counsels' time records will remain sealed whether the settlement holds or not.

\* \* \*

Joint Motion, № 23, denied.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 July 2015