IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAWN CADE, JR., on Behalf of Himself
and Others Similarly Situated                                          PLAINTIFF

v.                             No. 3:14-cv-239-DPM

PRITCHETT, INC., d/b/a Crossroads Truck Wash;
and CONSTANCE PRITCHETT                                          DEFENDANTS

## JUDGMENT

This case is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 July 2015